of the AMERICAN EXPRESS COMPANY, an Unincorporated Association, etc., Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JAMES B. BLAINE, Respondent, v. SIDONIE C. THURN and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CELIA MUSICANT, an Infant, by ABRAHAM MUSICANT, Her Guardian ad Litem, Appellant, v. BRADLEY CONTRACTING COMPANY, Respondent. ABRAHAM MUSICANT, Appellant, v. BRADLEY CONTRACTING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TORTORA, Appellant.— Judgment affirmed. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THOMPSON-STARRETT COMPANY, Appellant, v. FEDERAL-HUBER COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., and Others, Appellants, v. SAINT JOSEPH LEAD COMPANY, a Corporation, and Others, Impleaded with EDWARD C. SMITH and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOSEPH S. MULRONEY, Respondent, v. METAL SHELTER COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ISADORE SCHWARTZ, Respondent, v. HYMAN LEVIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HIRSCH, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

ANTHONY MOTT v. THOMAS W. MARTIN.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of ABRAHAM GOLDFARB.— See memorandum. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, Appellant, v. SUGAR PRODUCTS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, unless the stipulation be given that an order may be entered for the issuance of an open commission in Amsterdam, Holland, or London, England, to take the testimony of the witnesses named, the plaintiff paying the expenses of the defendant, not to exceed a certain sum to be named in the order, the amount of these expenses to be taxed by the prevailing party. In case such stipulation is made and filed within ten days from service of order to be entered hereon, with notice of entry, the order appealed from will be reversed, without costs. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

CORNELIUS HUNT, Respondent, v. BURTON F. KREYER, Appellant.—